1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10  DEBBIE CHAVEZ              )
                              )        1:05-CV-1201 OWW LJO
11                            )
          Plaintiff,          )        STIPULATION AND ORDER TO DISMISS
12                            )
    vs.                       )
13                            )
    JO ANNE B. BARNHART,      )
14  Commissioner of Social    )
    Security,                 )
15                            )
          Defendant.          )
16  _____  )

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on September 21, 2005 on behalf of Plaintiff be dismissed.  After thorough

20  review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21  continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22  dismissal.

23       Dated: 6/7/06              /s/ Gina Fazio

24                                  GINA FAZIO, ESQ.
                                    Attorney for Plaintiff
25
         Dated: 6/8/06
26                                  MCGREGOR SCOTT
                                    United States Attorney
27
                                    By: /s/ Kristi C. Kapetan
28                                  (as authorized via facsimile)
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

1    IT IS SO ORDERED.

2    **Dated:    June 14, 2006**                    **/s/ Oliver W. Wanger**
     emm0d6                              UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28